1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| CLAIRE DOWNER, | Case No: 5:14-cv-01908 FFM |
| Plaintiff | **[~~PROPOSED~~] JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

Judgment is entered in accordance with the Order For Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g).

DATE: April 27, 2015        /S/ FREDERICK F. MUMM
                            THE HONORABLE FREDERICK F. MUMM
                            United States Magistrate Judge

-1-