LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| CLAIRE DOWNER, | ) | No.  EDCV 14-01908 FFM |
| | ) | |
|     Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
|     v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($1,700.00) subject to the terms of the stipulation.

    DATE:  July 17, 2015    /S/ FREDERICK F. MUMM

                      HON. FREDERICK F. MUMM
                      UNITED STATES MAGISTRATE JUDGE